**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EZHENI CHAVUSHYAN, | Case No.:  CV10-03688 GW (CWx) |
|      Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| WILLIAMS & FUDGE, INC., | |
|      Defendant. | |

Based upon the Stipulation of Dismissal by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice. Each party will bear their own costs.

IT IS SO ORDERED.

Dated: February 14, 2011

_____
Hon. George H. Wu
United States District Judge

- 1 -

[PROPOSED] ORDER OF DISMISSAL